IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATIONAL RETAIL SYSTEMS, INC. ET AL. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-672 |
| MARKEL INSURANCE COMPANY | : | |

## **ORDER**

**AND NOW**, this 14th day of August 2020, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 40), Plaintiffs' Motion for Partial Summary Judgment (ECF No. 41), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **DENIED**;

2. Plaintiffs' Motion for Partial Summary Judgment is **GRANTED**; and

3. **SUMMARY JUDGMENT** is entered in favor of Plaintiffs National Retail Systems, Inc. and Keystone Freight Corporation, and against Defendant Markel Insurance Company on the issue of liability.

**IT IS SO ORDERED.**

                                                              BY THE COURT:

                                                              **/s/ R. Barclay Surrick**
                                                              **R. BARCLAY SURRICK, J.**